# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRANDI WILLIS OGDEN

VERSUS

CHARLES B. WAYNE OGDEN

NO.   2026 CW 0448

**APRIL 2, 2026**

---

In Re:   Brandi Willis, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2023-13709.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**STAY DENIED; WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.